ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 9 2005

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALONZO TRAYLOR, ID# 611811, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:05-CV-0413-L |
| | § | |
| DOUGLAS DRETKE, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Divisions, | § | |
| | § | |
| Respondent. | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed May 6, 2005, to which no objections were filed, the court concludes that the findings and conclusions of the United States Magistrate Judge are correct, and they hereby are accepted as those of the court. Petition's application for the writ of habeas corpus is **dismissed without prejudice** for failure to move in the Fifth Circuit Court of Appeals for an order authorizing the district court to consider this successive application for the writ of habeas corpus. *See* 28 U.S.C. § 2244(b)(3)(A). Further, as this is Petitioner's fourth attempt to collaterally attack his 1992 federal conviction, Petitioner is **barred** from pursuing any further federal habeas actions challenging his 1992 conviction, except upon a showing that the Fifth Circuit Court of Appeals has granted him leave to file a successive petition, as required by 28 U.S.C. § 2244(b)(3)(A). The court further admonishes Petitioner that without such

showing, further habeas filings challenging his 1992 conviction may result in the imposition of sanctions.

By separate Judgment, the court dismisses this action without prejudice.

**It is so ordered** this 9th day of June, 2005.

Sam A. Lindsay
United States District Judge

**Order – Page 2**